FILED IN CHAMBERS
U.S.D.C - Atlanta

MAR 1 4 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALICIA IBARRA

    Plaintiff,

v.

WINFRED DENNIS, Individually;
FRONTAGE ROAD SUBWAY, LLC;
OLD DIXIE SUBWAY, LLC;
MT. ZION SUBWAY, LLC;
SOUTHEAST ATLANTA RESTAURANT
GROUP, INC. and THE DENNIS
GROUP, INC.,

    Defendants.

CIVIL ACTION

NO. 1:12-CV-2842-ODE

ORDER

The Court having been advised by counsel for the parties that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

IT IS ORDERED that this action be DISMISSED without prejudice to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this 14 day of March, 2013.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE